IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Julian E. Rochester, #171519, ) | |
| ) | |
| Petitioner, ) | C.A. No. 2:06-3012-HMH-RSC |
| ) | |
| vs. ) | **OPINION & ORDER** |
| ) | |
| South Carolina Department of Corrections; ) | |
| and Henry Dargan McMaster, Attorney ) | |
| General of the State of South Carolina, ) | |
| ) | |
| Respondents. ) | |

This matter is before the court on appeal of the United States Magistrate Judge's order dismissing Julian E. Rochester's ("Rochester") petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241.[1] Rochester filed "objections" to Magistrate Judge Robert S. Carr's order issued in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 of the District of South Carolina.[2]

---

[1] Rochester is under an order for pre-filing review. See Graham v. Riddle, 554 F.2d 133, 134-35 (4th Cir. 1977); (Order of January 29, 1996, No. 2:95-MC-131).

[2] The Magistrate Judge's order has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court. See Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of those portions of the order to which specific objection is made. The court may accept, reject, or modify, in whole or in part, the order made by the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1) (West Supp. 2006).

1

On October 20, 2006, Rochester filed the instant § 2241 petition.[3]  In his order, Magistrate Judge Robert S. Carr recommends dismissing Rochester's petition without prejudice and without issuance and service of process because it is a successive petition.

Objections to the Magistrate Judge's order must be specific.  Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge.  See <u>United States v. Schronce</u>, 727 F.2d 91, 94 & n.4 (4th Cir. 1984).  In the absence of <u>specific</u> objections to the order of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that Rochester's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's order, or merely restate his claims.  Further, after a de novo review of the pleadings, the reasons given by the Magistrate Judge for dismissing Rochester's petition, and Rochester's objections, the court finds that his objections are without merit, and that the Magistrate Judge correctly found that Rochester's petition should be dismissed as successive.  As such, the court expressly adopts the Magistrate Judge's order.

---

[3] See <u>Houston v. Lack</u>, 487 U.S. 266 (1988).

It is therefore

**ORDERED** that Rochester's § 2241 petition is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

                s/Henry M. Herlong, Jr.
                United States District Judge

Greenville, South Carolina
November 9, 2006